# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENINA D. MAZON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:22-cv-00198-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 14) |

On July 14, 2022, the parties filed a stipulated motion requesting the deadline for Plaintiff to file an opening brief be extended from July 18, 2022, to August 1, 2022, and Defendant's opposition deadline be extended until September 15, 2022. (ECF No. 14.) The Court finds good cause to grant the requested extension.

Accordingly, pursuant to the agreement of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion is GRANTED;
2. Plaintiff shall file an opening brief on or before August 1, 2022;
3. Defendant shill file an opposition brief on or before September 15, 2022; and

///
///
///
///

1

4. Plaintiff shall file any reply within fifteen (15) days of service of the opposition.

IT IS SO ORDERED.

Dated: **July 14, 2022**

UNITED STATES MAGISTRATE JUDGE