# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENINA D. MAZON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:22-cv-00198-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 18) |

　　　　On September 19, 2022, the parties filed a stipulated motion requesting the deadline for Plaintiff to file a reply brief be extended from September 21, 2022, to September 28, 2022. (ECF No. 18.) The Court finds good cause to grant the requested extension.

　　　　Accordingly, pursuant to the agreement of the parties, IT IS HEREBY ORDERED that:

　　　　1.　　The stipulated motion is GRANTED; and

　　　　2.　　Plaintiff shall file a reply brief on or before September 28, 2022.

IT IS SO ORDERED.

Dated:　**September 20, 2022**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1